IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REJEAN HOULE and JEAN HOULE, | CASE NO. CV-F-07-1266- LJO-GSA |
| Plaintiffs, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| DON RIDING, Officer in Charge of the Fresno Sub-Office of United States Citizenship and Immigration Services, et al, | |
| Defendants. | |

Plaintiffs Rejean Houle and Jean Houle (collectively "Plaintiffs") sought to compel Defendants[1] to adjudicate Rejean Houle's I-485 Application to Adjust Status form ("I-485 application"). On March 10, 2008, the United States Citizenship and Immigration Service granted Rejean Houle's I-485 application. Accordingly, on March 12, 2008, the parties filed a joint stipulation and proposed order of dismissal. Pursuant to the Joint Stipulation to Dismiss, and because the lawsuit is moot, this Court:

  1.   ORDERS this case to be DISMISSED; and

  2.   DIRECTS the clerk of court to CLOSE this action.

IT IS SO ORDERED.

**Dated:   March 13, 2008**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

---

[1] Defendants are: Don Riding, Officer in Charge of the Fresno Sub-Office of the United States Citizenship and Immigration Services ("USCIS"), Emilio T. Gonazlez, Director of USCIS, Michael Chertoff, Secretary of the Department of Homeland Security, Robert S. Mueller, III, Director of the Federal Bureau of Investigation, Michael Mukasey, United States Attorney General, and USCIS. Michael Mukasey is substituted as the Attorney General, pursuant to Fed. R. Civ. P. 25(d).

1